THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
    LAKE PLACID COMPANY, Respondent, *v.* CLARK WIL-
    LIAMS, as Comptroller of the State of New York, et al.,
    Appellants.

*People ex rel. Lake Placid Co.* v. *Williams*, 145 App. Div. 34,
appeal dismissed.
    (Argued May 1, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered

May 11, 1911, which reversed a determination of the state comptroller refusing to permit the relator to redeem certain lands heretofore sold for unpaid taxes.

*Thomas .Carmody, Attorney-General (J. A. Kellogg* and *Valentine Taylor* of counsel), for state comptroller, appellant.

*Albert W. Putnam* and *T. Almern Griffin* for Harvey G. Alford, appellant.

*George J. Hatt, 2d,* for respondent.

Appeal dismissed, with costs, on authority of *Matter of Gibson* (195 N. Y. 466); no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.